

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2014

No. 04-14-00244-CR

Isaiah **MATA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8191
Honorable Raymond Angelini, Judge Presiding

## O R D E R

On July 15, 2014, we abated this appeal and remanded it to the trial court to conduct a hearing to determine whether appellant still desires to prosecute his appeal, whether counsel has abandoned the appeal, and to appoint new counsel if warranted.

On August 13, 2014, appellant, Isaiah Mata, and his court-appointed attorney, William Baskette, appeared before the trial court and presented evidence on these issues. After hearing the evidence, the trial court found that appellant still desires to prosecute the appeal. The court also found that counsel has abandoned the appeal and the court relieved counsel of his duties. The court appointed Julie Pollock to represent Mata in this appeal. The reporter's record of the hearing has been filed in this court.

We **reinstate** this appeal on the docket of the court and adopt the findings and conclusions of the trial court. We **order** appellant's brief due **September 18, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court